

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     Christine E. Reule v. Sherwood Valley I Council of Co-Owners, Inc.,
                         George Henry Ramsey, III, and Terry A. Frazee

Appellate case number:   01-17-00593-CV

Trial court case number:  2016-37895

Trial court:             80th District Court of Harris County

The appellant, Christine E. Reule, has filed a motion for rehearing. A majority of the panel has voted to deny rehearing. Accordingly, the motion is DENIED. All pending motions are dismissed as moot.

It is so ORDERED.


Judge's signature:    /s/  Evelyn V. Keyes
                      Acting for the Court


Date:    October 24, 2019